COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-297-CV

IN RE DARCY LEAL NICHOLS AND DONNA NICHOLS RELATORS

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relators’ petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relators’ petition for writ of mandamus is denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL  A:  CAYCE, C.J.; DAUPHINOT and WALKER, JJ. 

WALKER, J. would request a response.

DELIVERED:  August 30, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.